UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JANAE HELGERSON,<br><br>　　　　Defendant. | Case No. 1:12-CR-254-BLW<br><br>**ORDER TERMINATING PROBATION** |

　　　　In 2012, the defendant pled guilty to one count of wire fraud.  She was sentenced to a term of probation for 5 years.  That term would conclude in March of 2017.

　　　　The defendant has filed a motion for early termination of her probation; neither the United States Attorney nor the Probation Office have any objection to the motion.  The defendant has been diligent in satisfying all the terms of her probation, including paying in full her restitution obligation.

　　　　After the expiration of one year of probation, the Court may terminate a defendant's term of supervision "if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice."  *See* 18 U.S.C. § 3564(c).  The Court must also consider the factors set forth in § 3553(a).  *See* 18 U.S.C. § 3564(c).

　　　　Considering all of these factors, the Court finds that early termination is warranted.  The Court will therefore grant the motion.

**ORDER**

　　　　Finding good cause therefore,

NOW THEREFORE IT IS HEREBY ORDERED, that the motion for early termination of probation (docket no. 4) is GRANTED and that the probation of the defendant Janae Helgerson is TERMINATED.

DATED: August 2, 2016

B. Lynn Winmill
Chief Judge
United States District Court